570

Fred Stein, Edward E. Glatt and Nathan B. Lans, Appellants, v. East Oak Street Hotel Company, Appellees.

Gen. No. 44,535.

opinion filed November 1, 1948; released for publication November 16, 1948. Shulman, Shulman & Abrams, for appellants; Meyer Abrams, of counsel; Grover D. Rose and Deming, Jarrett & Mulfinger, for appellees. Opinion by JUSTICE TUOHY. Not to be published in full.

People of State of Illinois ex rel. David King et al., Appellees, v. Walter L. Gregory et al., Appellants.

Gen. No. 43,976.

opinion filed November 3, 1948; released for publication December 2, 1948. Barnet Hodes, Corporation Counsel, I. Harvey Levinson and Daniel D. Carmell, for appellants; L. Louis Karton, Head of Appeals and Review Division, Fred V. Maguire and Carl H. Lundquist, Assistant Corporation Counsel, of counsel; Goldberg, Devoe & Brussell and Nash, Ahern & McNally, for appellees; Arthur J. Goldberg, Abraham W. Brussell, Martin J. McNally and John J. Kennelly, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.

## J. V. Nanny, Trading as Merchants Wholesale, Appellant, v. H. E. Pogue Distillery Company, Appellee.

### Gen. No. 44,364.

opinion filed November 3, 1948; released for publication December 2, 1948. Beckman, Healy, Newby & Hough, for appellant; William H. Tate, for appellee; Sydney Krause, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.